1

2

3

4

5

6

7

8

9

10

Bill Bradley, Esq.
Nevada State Bar No. 1365
**BRADLEY, DRENDEL & JEANNEY**
P.O. Box 1987
Reno, NV 89505
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993
bbradley@bdjlaw.com

Ramon Rossi Lopez, Esq.
(*pro hac vice*)
**LOPEZ McHUGH LLP**
120 Vantis Drive, Suite 430
Aliso Viejo, CA  92656
Telephone: (949) 737-1501
Facsimile:  (949) 737-1504
rlopez@lopezmchugh.com

*Attorneys for Plaintiffs*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TOBIE RAYCHELLE WHIPPLE and
KURT CHRISTENSEN,

               Plaintiffs,

  vs.

C. R. BARD INCORPORATED and BARD
PERIPHERAL VASCULAR, INC.,

           Defendants.

Case No.:  2:19-cv-01883-RFB-BNW

**PLAINTIFFS' FIRST UNOPPOSED
MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION**

      Pursuant to Fed. R. Civ. P 6(b)(1)(B) and L.R.  IA 6-1, Plaintiffs hereby move for an order extending until December 2, 2022 by Noon PDT, the time to file a response to Defendants' Motion to Strike Derek D. Muehrcke, M.D. [Doc. 80].  This is Plaintiff's s first request for an order extending time to respond to this motion which was originally due on November 28, 2022.

      Plaintiffs' counsel has conferred with counsel for Defendants regarding the requested extensions.  Defendants' counsel does not oppose this motion for extension as long as the response is filed no later than December 2, 2022 by Noon PDT.

1   Plaintiffs request this extension because the undersigned, who was responsible for responding

2   to Defendants' motion, has been undergoing medical treatments that interfered with his ability to

3   respond.  The undersigned can submit further details in camera if the Court requests.

4

5   DATED this 28th day of November, 2022                 Respectfully submitted,

6                                                          BRADLEY, DRENDEL & JEANNEY

7                                                          LOPEZ McHUGH LLP

8                                                          By:  *Ramon Rossi Lopez*

9                                                          Ramon Rossi Lopez
                                                           Attorneys for Plaintiffs
10

11                                                    IT IS SO ORDERED:

12

13                                              _____

14                                              RICHARD F. BOULWARE, II
                                                United States District Judge
15
                                                 DATED this 29th day of November, 2022.
16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 28, 2022, the foregoing was electronically filed with the Clerk of the Court using the EM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

_/s/ Ramon Rossi Lopez_
Ramon Rossi Lopez

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11   TOBIE RAYCHELLE WHIPPLE and
     KURT CHRISTENSEN,

Case No.:  2:19-cv-01883-RFB-BNW

12
                                                    **[PROPOSED] ORDER**
13                    Plaintiffs,

       vs.

14   C. R. BARD INCORPORATED and BARD
     PERIPHERAL VASCULAR, INC.,
15

16                    Defendants.

17
18       Upon the Plaintiffs' Unopposed Motion for Extension of Time to File Response to

19   Defendants' Motion to Strike Derek D. Muehrcke, M.D. [Doc. 80], and for good cause

20   appearing,

21           IT IS HEREBY ORDERED that Plaintiffs' Motion [Doc.   ] is **GRANTED**.

22   Plaintiffs shall have until December 2, 2022 at Noon PDT to file their response to Defendants'

23   Moton Strike Derek D. Muehrcke, M.D. (Doc. 80].

24       The Clerk of the Court is directed to notify counsel of this Order.

25       DATED this ____ day of November, 2022

26
27
28