ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: swanise@gtlaw.com

LORI G. COHEN, ESQ.*
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia  30305
Telephone:  (678) 553-2385
Email:  cohenl@gtlaw.com

CASEY SHPALL, ESQ.*
GREGORY R. TAN, ESQ.*
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
1144 15th Street, Suite 3300
Denver, Colorado  80202
Telephone:  (303) 572-6500
Email:  shpallc@gtlaw.com
           tangr@gtlaw.com

C. WADE BOWDEN, ESQ.*
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
777 S. Flagler Drive, Suite 300
West Palm Beach, Florida  33401
Telephone:  (561) 650-7900
Email:  bowdenw@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TOBIE RAYCHELLE WHIPPLE and KURT CHRISTENSEN,<br><br>                    Plaintiffs,<br><br>       v.<br><br>C. R. BARD, INCORPORATED and BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>                    Defendants. | CASE NO. 2:19-cv-01883-RFB-BNW<br><br>**MOTION FOR LEAVE TO WITHDRAW, C. WADE BOWDEN, AS COUNSEL [ECF 58]** |

1

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Defendants" or "Bard") respectfully request that this Court permit the withdrawal of C. Wade Bowden ("Mr. Bowden"), of the law firm Greenberg Traurig LLP and located in West Palm Beach, Florida, as counsel admitted pro hac vice for Defendants.  In support of this motion, Defendants state as follows:

1.    The above-captioned case is one of many that have been remanded to this District as a result of the October 17, 2019 *Suggestion of Remand and Transfer Order* from the District of Arizona in the *In Re:  Bard IVC Filters Product Liability Litigation*, MDL 2641 (the "Bard MDL").

2.    Greenberg Traurig was retained by Bard to provide legal representation in the Bard MDL remand cases in this District, and Mr. Bowden was assigned to this particular case as the number of cases remanded to the District of Nevada populated.

3.    This motion is necessary to comply with Local Rule 1A 11-2.

4.    Greenberg Traurig will continue to represent Bard in this case by Eric W. Swanis.

For the foregoing reasons, Defendants respectfully requests that the Court enter an order granting this motion and granting Mr. Bowden leave to withdraw as counsel admitted pro hac vice for Defendants in this case.

DATED this 6th day of March 2023.

**GREENBERG TRAURIG, LLP**

By:    */s Eric W. Swanis*
ERIC W. SWANIS, ESQ. (NSB 6840)
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Email: swanise@gtlaw.com

LORI G. COHEN, ESQ.*
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia  30305
Email:  cohenl@gtlaw.com

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002

*ACTIVE 685838200v1*

CASEY SHPALL, ESQ.*
GREGORY R. TAN, ESQ.*
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
1144 15th Street, Suite 3300
Denver, Colorado  80202
Email:  shpallc@gtlaw.com
                tangr@gtlaw.com

C. WADE BOWDEN, ESQ.*
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
777 S. Flagler Drive, Suite 300
West Palm Beach, Florida  33401
Email:  bowdenw@gtlaw.com

*Counsel for Defendants*

**IT IS SO ORDERED.**


 DATED: March 7, 2023.


BRENDA WEKSLER
United States Magistrate Judge

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

3

*ACTIVE 685838200v1*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

_____*/s/ Eric Swanis*_____
An employee of GREENBERG TRAURIG, LLP