STIP
Bill Bradley, Esq.
Nevada State Bar No. 1365
BRADLEY, DRENDEL & JEANNEY, LTD.
P.O. Box 1987
Reno, NV 89505
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993
E-mail: bbradley@bdjlaw.com
***Attorneys for Plaintiffs***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| TOBIE RAYCHELLE WHIPPLE CHRISTENSEN and KURT CHRISTENSEN, | Case No.  2:19-CV-01883-RFB-BNW |
|---|---|
| Plaintiffs, | **STIPULATION TO EXTEND BRIEFING DEADLINES** |
| v. | |
| C.R. BARD, INC., and BARD PERIPHERAL VASCULAR INC., | |
| Defendants. | |

Comes now, Plaintiffs Tobie Raychelle Whipple ("Whipple") and Kurt Christensen ("Christensen") and Defendants C. R. Bard, Inc., and Bard Peripheral Vascular, Inc. ("Bard" or "Defendants"), by and through their undersigned counsel of record, and hereby stipulate that the following dates to respond to the following Motions be extended as follows:

| Document | Current Deadline | Proposed Deadline |
|---|---|---|
| Responses to Rule 702 Motions (Docs. 102, 103) | 4/6/23 | 4/20/23 |
| Response to Motion for Summary Judgment (Doc. 101) | 4/13/23 | 4/27/23 |
| Replies to Rule 702 Motions (Docs. 102, 103) | 4/13/23 | 5/4/23 |
| Reply to Motion for Summary Judgment (Doc. 101) | 4/27/23 | 5/18/23 |

-1-

Our File No. 203143

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

1    IT IS SO STIPULATED.

2        Dated this 30th day of March 2023.

3    **BRADLEY, DRENDEL, & JEANNEY, LTD**            **GREENBERG TRAURIG, LLP**

4    By: _/s/ Bill Bradley_                          By:   _Eric W. Swanis_

5    BILL BRADLEY, JR., ESQ.*                        ERIC W. SWANIS, ESQ. (NSB 6840)
     6900 South McCarran Blvd                        **GREENBERG TRAURIG, LLP**
6    Reno, NV 89509                                  10845 Griffith Peak Drive, Suite 600
     bbradley@bdjlaw.com                             Las Vegas, Nevada 89135
7                                                    Email: swanise@gtlaw.com
     RAMON ROSSI LOPEZ, ESQ.
8    **LOPEZ MCHUGH LLP**                            ELIZABETH C. HELM, ESQ.*
     100 Bayview Circle, Suite 5600                  RICHARD B. NORTH, JR., ESQ.*
9    Newport Beach, CA 92660                         *_Admitted Pro Hac Vice_
     rlopez@lopezmchugh.com                          Atlantic Station
10                                                   201 17th Street, NW / Suite 1700
     _Counsel for Plaintiffs_                        Atlanta, GA 30363
11                                                   Email:kate.helm@nelsonmullins.com
                                                     richard.north@nelsonmullins.com
12                                                   _Counsel for Defendants_

13
                                                     IT IS SO ORDERED:
14

15

16
                                                     _____
17                                                   RICHARD F. BOULWARE, II
                                                     UNITED STATES DISTRICT JUDGE
18
                                                     DATED this  31st day of March, 2023.
19

20

21

22

23

24

25

26

27

28

-2-

**LAW OFFICE OF**
**BRADLEY, DRENDEL**
**& JEANNEY**
**P.O. BOX 1987**
**RENO, NV 89505**
**(775) 335-9999**

Our File No. 203143

CERTIFICATE OF SERVICE

Pursuant to N.R.C.P. 5(b), I certify that I am an employee of BRADLEY, DRENDEL &

JEANNEY, and that on this date, I served a true and correct copy of the foregoing on the party(s)

set forth below by:

_____     Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices

_____     Personal Delivery

_____     E-Mail

_____     Federal Express/Airborne Express/Other Overnight Delivery

_____     Reno-Carson Messenger Service

__X__     All parties signed up for electronic filing have been served electronically, all others have been served by placing a true copy thereof in a sealed envelope placed for collecting and mailing in the United States mail, at Reno, Nevada, postage prepaid, following ordinary business practices

addressed as follows:

Eric W. Swanis, Esq.
Greenberg Traurig, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, NV 89135
Attorney for: Defendants

Lori G. Cohen, Esq.
Greenberg Traurig, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Attorney for: Defendants

Ramon Rossi Lopez, Esq.
Lopez Mchugh LLP
120 Vantis Drive, Suite 430
Aliso Viejo, CA 92656

C. Wade Bowden, Esq.
Greenberg Traurig, Llp
777 S. Flagler Drive, Suite 300
West Palm Beach, Florida 33401

Casey Shpall, Esq.
Gregory Tan, Esq.
Greenberg Traurig, LLP
1144 15th Street, Suite 3300
Denver, CO 80202

ELIZABETH C. HELM, ESQ.*
RICHARD B. NORTH, JR., ESQ.*
* *Admitted Pro Hac Vice*
**NELSON MULLINS**
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, GA 30363

DATED this 30th day of March 2023.

/s/ Kimberly Wass

_____
Kimberly Wass

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 203143

| | |
|---|---|
| **From:** | SwanisE@gtlaw.com |
| **To:** | Kimberly Wass; Bill Bradley |
| **Cc:** | Kate.Helm@nelsonmullins.com; Lynne.Rose@gtlaw.com; mwass@lopezmchugh.com; rlopez@lopezmchugh.com; jmankoff@lopezmchugh.com |
| **Subject:** | RE: Whipple/Bard - extension of motion deadlines |
| **Date:** | Thursday, March 30, 2023 2:50:19 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png |

Hi Kimberly – you have my consent to affix my e-signature and submit to the Court.

Thank you,

**Eric W. Swanis**
Shareholder

Greenberg Traurig, LLP
10845 Griffith Peak Drive | Suite 600 | Las Vegas, NV 89135
T +1 702.938.6840
SwanisE@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



---

**From:** Kimberly Wass <KWass@bdjlaw.com>
**Sent:** Thursday, March 30, 2023 2:43 PM
**To:** Swanis, Eric W. (Shld-LV-LT) <SwanisE@gtlaw.com>; Bill Bradley <bbradley@bdjlaw.com>
**Cc:** Kate.Helm@nelsonmullins.com; Rose, Lynne (LSS-SFO-Labor-EmpLaw) <Lynne.Rose@gtlaw.com>; mwass@lopezmchugh.com; rlopez@lopezmchugh.com; jmankoff@lopezmchugh.com
**Subject:** RE: Whipple/Bard - extension of motion deadlines

Good afternoon,

Pursuant to Mr. Bradley's instruction attached please find the Stipulation to Extend Motion Deadlines for your review. Please let me know if it is acceptable and if you would like me to use your e-signature. Thank you.

*Kimberly Wass*
Legal Assistant to Bill Bradley, Esq.
Legal Assistant to William C. Jeanney, Esq.
6900 S. McCarran Blvd. Suite 2000
Reno, NV  89509
775-335-9999
775-335-9993 (fax)