Bill Bradley (NV Bar No. 1365)
BRADLEY, DRENDEL & JEANNEY
P.O. Box 1987
Reno, NV 89505
Telephone: (775) 335-9999
Facsimile: (775) 335-9993
bbradley@bdjlaw.com

Joshua M. Mankoff (admitted *pro hac vice* & PA Bar No. 210242)
Lopez McHugh LLP
214 Flynn Avenue
Moorestown, NJ 08057
Telephone: (856) 273-8500
Facsimile: (856) 273-8503
jmankoff@lopezmchugh.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOBIE RAYCHELLE WHIPPLE CHRISTENSEN and KURT CHRISTENSEN,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC., and BARD PERIPHERAL VASCULAR INC.,<br><br>Defendants. | Case No. 2:19-CV-01883-RFB-BNW<br><br>**NOTICE OF CORRECTED STIPULATION TO CONTINUE NOVEMBER 30, 2023, HEARING** |

Comes now, Plaintiffs Tobie Raychelle Whipple ("Whipple") and Kurt Christensen ("Christensen") and Defendants C. R. Bard, Inc., and Bard Peripheral Vascular, Inc. ("Bard" or "Defendants"), by and through their undersigned counsel of record, and hereby stipulate to continue the November 30, 2023 hearing date set by this Court. Bill Bradley, lead counsel for Plaintiffs, has had long-standing plans to travel out of the United States from November 26, 2023 through December 3, 2023 and therefore would not be available to participate at the hearing.

//

//

//

-1-

Our File No. 203143

LAW OFFICE OF
BRADLEY,
DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

1  IT IS SO STIPULATED.

2      Dated this 14th day of November 2023.

3  **BRADLEY, DRENDEL, & JEANNEY, LTD**

    **NELSON MULLINS RILEY & SCARBOROUGH, LLP**

By: <u>/s/ Bill Bradley</u>

By: <u>/s/ Elizabeth C. Helm</u>

BILL BRADLEY, JR., ESQ.*
6900 South McCarran Blvd
Reno, NV 89509
bbradley@bdjlaw.com

*Counsel for Plaintiffs*

ELIZABETH C. HELM, ESQ.*
RICHARD B. NORTH, JR., ESQ.*
*Admitted Pro Hac Vice*
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Email:kate.helm@nelsonmullins.com
richard.north@nelsonmullins.com

ERIC W. SWANIS, ESQ. (NSB 6840)
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Email: swanise@gtlaw.com

*Counsel for Defendants*

IT IS ORDERED, the Court *finds as moot* the [115] Motion to Continue and GRANTS the [117] Motion to Continue. The Hearing on the [101] Motion for Summary Judgment currently set on 11/30/2023 is **VACATED and RESET to January 11, 2024 at 3:00 p.m.**

DATED this <u>15</u> day of November, 2023.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

LAW OFFICE OF
BRADLEY,
DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

-2-

Our File No. 203143

CERTIFICATE OF SERVICE

Pursuant to N.R.C.P. 5(b), I certify that I am an employee of BRADLEY, DRENDEL & JEANNEY, and that on this date, I served a true and correct copy of the foregoing on the party(s) set forth below by:

\_\_\_\_   Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices

\_\_\_\_   Personal Delivery

\_\_\_\_   E-Mail

\_\_\_\_   Federal Express/Airborne Express/Other Overnight Delivery

\_\_\_\_   Reno-Carson Messenger Service

  X     All parties signed up for electronic filing have been served electronically, all others have been served by placing a true copy thereof in a sealed envelope placed for collecting and mailing in the United States mail, at Reno, Nevada, postage prepaid, following ordinary business practices

addressed as follows:

| | |
|---|---|
| Eric W. Swanis, Esq.<br>Greenberg Traurig, LLP<br>10845 Griffith Peak Dr., Suite 600<br>Las Vegas, NV 89135<br>Attorney for: Defendants | Lori G. Cohen, Esq.<br>Greenberg Traurig, LLP<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305<br>Attorney for: Defendants |
| Ramon Rossi Lopez, Esq.<br>Lopez Mchugh LLP<br>120 Vantis Drive, Suite 430<br>Aliso Viejo, CA 92656 | C. Wade Bowden, Esq.<br>Greenberg Traurig, Llp<br>777 S. Flagler Drive, Suite 300<br>West Palm Beach, Florida 33401 |
| Casey Shpall, Esq.<br>Gregory Tan, Esq.<br>Greenberg Traurig, LLP<br>1144 15th Street, Suite 3300<br>Denver, CO 80202 | ELIZABETH C. HELM, ESQ.*<br>RICHARD B. NORTH, JR., ESQ.*<br>* *Admitted Pro Hac Vice*<br>**NELSON MULLINS**<br>Atlantic Station<br>201 17th Street NW, Suite 1700<br>Atlanta, GA 30363 |

DATED this 14th day of November 2023.

/s/ Kimberly Wass
_____
Kimberly Wass

LAW OFFICE OF
BRADLEY,
DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

-3-

Our File No. 203143